United States Court of Appeals
Fifth Circuit

**F I L E D**

June 24, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-60068
Conference Calendar
_____

RICKY JOHNSON, # 38717,

Plaintiff-Appellant,

versus

STATE OF MISSISSIPPI; REBECCA WOOTEN; LOUIS COLEMAN;
LARRY MCMURPHY; BETH DAVIS; HINDS COUNTY SHERIFF'S
DEPARTMENT; STACY WRIGHT; KENYON BELL; UNKNOWN WASHINGTON;
UNKNOWN CHILDS, Deputy Unknown Childs; UNKNOWN ALDERMAN,
Deputy Unknown Alderman; UNKNOWN DEPUTY; UNKNOWN BOXX,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:02-CV-373-LN
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Ricky Johnson, proceeding pro se and in forma pauperis
("IFP"), appeals the district court's dismissal of his 42 U.S.C.
§ 1983 complaint for failure to state a claim upon which relief
can be granted.  In an amended complaint, Johnson sued Assistant
District Attorney Rebecca Wooten.  Johnson alleged that Wooten
procured a groundless state indictment, brought charges against

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

him based upon fabricated evidence, and presented false evidence to obtain a conviction.

The district court dismissed Johnson's complaint, concluding that Wooten was entitled to absolute immunity.

We apply less stringent standards to parties proceeding pro se than to parties represented by counsel, and we liberally construe the briefs of pro se litigants; however, pro se parties must still brief the issues and reasonably comply with the requirements of FED. R. CIV. P. 28.  Grant v. Cuellar, 59 F.3d 523, 524 (5th Cir. 1995).  When an appellant fails to identify any error in the district court's analysis, it is the same as if the appellant had not appealed that judgment.  Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

Johnson does not challenge the district court's conclusion that Wooten was entitled to absolute immunity.  Because Johnson does not address the district court's reason for dismissing his complaint, he has abandoned the only issue on appeal.  Brinkmann, 813 F.2d at 748.

Johnson's appeal is without arguable merit, is frivolous, and is DISMISSED.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED AS FRIVOLOUS.